**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI VAN NGUYEN, | No.   C-07-3960 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JASON LE-TRUONG, | |
| Defendant. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by November 27, 2007, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 13, 2007

MARTIN J. JENKINS
United States District Judge