IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI VAN NGUYEN, | No.   C-07-3960 MJJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| JASON E-TRUONG, | |
| Defendant. | |

Plaintiff has failed to file a written response on an Order to Show Cause issued on November 13, 2007.  The Court therefore DISMISSES this matter for failure to prosecute.

The Clerk is directed to close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated:   11/28/07

MARTIN J. JENKINS
United States District Judge